**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JUN 0 5 2020
AT_____ O'CLOCK_____
John M. Domurad, Clerk  Albany

Kristy Dobbs   Plaintiff(s)

vs.

Citizens bank   Defendant(s)

)
)
)
)
)
)
)

Civil Case No.: 1:20 cv 627 (GLS/CFH)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by:  ◯ JURY   ☑ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: Kristy Dobbs

   Address: 26 Lawn Ave.

   Albany NY 12204

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a.  Defendant: Citizens bank

   Official Position: _____

   Address: 501 western ave.

   Albany NY

b.    Defendant:        _____

      Official Position:  _____

      Address:          _____

                        _____

                        _____


c.    Defendant:        _____

      Official Position:  _____

      Address:          _____

                        _____

                        _____


Additional Defendants may be added on a separate sheet of paper.


4.                          **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

Someone withdrew 17,000 from my Account

5. **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

Went through my statements seen
there was 17,000 missing from
my Account

### SECOND CAUSE OF ACTION

Went to Citizen bank on Western
ave. Albany ny got A copy of A
withdrew slip of 17,000 dollars

### THIRD CAUSE OF ACTION

Someone Signed my name but it
wasn't my handwriting. Filed
a Complaint but no Action was
taken

6.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

I never recived my mail back in
2011 I was living on Stant. Joesphs
St. I would like to get my money
back.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 5|27|2020

*Kristy Dobbs*

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010