1:20-cv-627

**U.S. DISTRICT COURT - N.D. OF N.Y.**
**FILED**
SEP 10 2020
AT _____ O'CLOCK _____
John M. Domurad, Clerk - Albany

September 8, 2020

I am writting to find out about my case I have not recieved anything in the mail. If someone can look into this for me.

Thank you
Kristy Dobbs
518-776-7343



Kristy Dobbs
26 Lawn Ave.
Albany NY 12204

ALBANY NY 120
8 SEP 2020 PM 1 L

James T Foley US Courthouse
445 Broadway
Room 509
Albany NY 12207

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
SEP 1 0 2020
RECEIVED

12207-293699